# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

## (U.S. District Court, 222 W. 7th Avenue, Room 229, Box/Suite #4, Anchorage, AK 99513)

|  |  |  |
|---|---|---|
| Presidential Candidate Number P60005535 "also known as" (aka) Ronald Satish Emrit, & Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897 d/b/a United Emrits of America | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | RECEIVED AUG 22 2025 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK |
| Plaintiffs (Pro Se) | | |
| v. | | C. A. No.: |
| United STates Patent and TRademark Office (USPTO), United States Department of Commerce, NASA Goddard Space Flight Center (GSFC) in Greenbelt, Maryland, American INstitute of Physics (AIP), Kennedy Space Center in Cape Canaveral, Florida, and National Science Foundation (NSF) Defendants | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint against the following four defendants in the amount of $500 billion

against the aforementioned defendants for the tortious interference with business relations and/or contracts. In bringing forth this complaint, the plaintiff states, avers, and alleges the following

## I.) NATURE OF THE CASE

1.) Before the Big Bang, all four forces were unified in a parallel universe according to **Dr. Indre Viskontas** of San Francisco from **The Teaching Company/The Great Courses** with its principal place of business (ppb) and/or nerve center in **Chantilly, Virginia**.

2.) After The Big Bang, all four forces were separated in this version of the universe whereby the four forces are **gravity, electromagnetic, strong (fusion), and weak force** (fission at nuclear power plants regulated by NRC or **Nuclear Regulatory Commission** in Rockville, Maryland)

3.) When the universe was first cooling down, the electrons released **Cosmic Microwave Background Radiation (CMBR)** which was monitored by **Wilkinson Microwave Anisotropy Probe (WMAP)** in addition COBE satellite (**Cosmic Background Explorer**)

4.) The Cosmic Microwave Background Radiation (CMBR) was first discovered by **Arno Penzias (AP) and Robert Wilson (RW)** at Bell Laboratories in Homedell, New Jersey which is somehow connected to the model Ashton P. (AP) as in **Aphrodite or Venus at the Roger Williams (RW) Park in Providence, Rhode Island** at The Temple of Music which is also somehow connected to Temple of Artemis (Diana) and **The Hanging Gardens of Babylon (THGOB) being connected to Bloodline of The Holy Grail (BOTHG) and Mary Magdalene** as Ashton P. was in the Rhode Island beauty pageant according to her and was also in the music video for Three-Car Garage by the plaintiff (Satish Dat Beast) at Temple of Music at Roger Williams Park in Rhode island connected to Temple of

Artemis (Diana), Aphridite/Venus (Ashton P.) and The Hanging Gardens of Babylon as Ancient Wonders of the World like **Mausoleum at Halicarnassus and Colossus of Rhodes** and Great Pyramids at Giza built by the lesser-known pharaohs **Khufu and Sneferu**.

5.) Bell Laboratories was also the place where **Karl Jansky** discovered radiation from the active galactic nucleus (AGN) of the Milky Way Galaxy as a barred spiral galaxy in the **Local Group (LG)** with nearby **Andromeda (Messier 31)**.

6.) Accordingly, the plaintiff has been trying to obtain a **design patent or utility patent** through litigation for three groundbreaking ideas related to quantum mechanics, astrophysics, special relativity, general relativity, and biomedical engineering.

7.) The first idea for which plaintiff is trying to get a patent is the idea that black holes are connected to white holes by **wormholes or Einstein-Rosen bridges** conceived by Albert Einstein and Nathan Rosen even though Dr. Stephen Hawking said something similar to this, he did not "coin this phrase" to speak or get a trademark as with **Hawking radiation** substantially similar to **blackbody radiation** but not **Cherenkov radiation** (like Maria Cherniavska) which travels faster than light in water like tachyons.

8.) The second idea is that all forces (gravity, electromagnetic, strong, and weak) are unified at the **active galactic nucleus (AGN)** at the gravitational singularity of the supermassive black hole in the region of **Sagittarius A\*** which is a point where **spaghettification** occurs and **Minkowski spacetime** rips apart and leads to a parallel universe perhaps to a physical location before The Big Bang occurred where all four forces were initially unified (**Judeo-Christian concept of Heaven** of particular interest to both The Vatican and NASA)

9.) The third idea is the that the combination of black holes, white holes, and wormholes is shaped like a **Calabi-Yau Manifold** which would involve an extra six os seven dimensions in addition to Minkowski spacetime (three spatial dimensions and one time dimension) and would perhaps involve **compacification** in which extra dimensions are squeezed into extremely small spaces substantially similar to **Kaluza-Klein Theory** which imagines five dimension to account for gravity and string theory. The plaintiff learned about Calabi-Yau Manifolds from the physicist **Brian Greene of Columbia University** in his book The Elegant Universe.

10.) Our solar system is in the Perseus Arm of The Milky Way Galaxy very far from the active galactic nucleus at Sagittarius A* and the **Oort Cloud** from where the icy comets originate (like **Hale-Bopp, Shoemaker-Levy 9,** and **Halley's Comet**) is 20% of the way to the nearest star **Proxima Centauri** as part of the **Alpha Centauri System** which has exoplanets in the habitable zone like earth just like **Trappist-1** which is 40 light years from earth whereby Proxima Centauri is only 4 light years from earth.

11.) The **Drake Equation** (discovered by astronomer Frank Drake) regulates the **Search for Extraterrestrial Intelligence (SETI)** named after the **pharaohs Seti I and Seti II** from ancient Egypt or Kmt and Shoemaker-Levy 9 (SLN) was discovered at Palomar Observatory in California not far from **Sharp Mesa Vista (SMV) Hospital in San Diego County** where the plaintiff was a patient in 2018 despite **HIPAA** laws and **Privacy Act of 1974.**

12.) When the plaintiff was at Sharp Mesa Vista Hospital (SMV), he countered the paranormal phrase, *"Minotaurs give moon tours on monitors"* which applies to the four Galilean satellites or moons of Jupiter named **Callisto, Io, Europa, and Ganymede** which were simultaneously discovered by **Simon Marius** in what is probably not mutually exclusive

events and more than a coincidence in terms of probability, statistics, and **Bayesian statistics**.

13.) The name Sharp Mesa Vista (SMV) is connected to the R&B group **"Sistas with Voices" (SWV) from the 1990's** through mirror writing involving **enantiomers with chirality** in Organic Chemistry (OC like old checks) because an "M" is an upside down "W" or an enantiomer with chirality.

14.) The phrase "Sistas with Voices" applies to Salem Witches of Salem, Massachusetts (SM) and the plaintiff's song **"Soul Mate"** being connected to both Susan Majek (SM) of Liberia (who was going to be the plaintiff's manager in 2006) and the phrase **"The Mona Lisa Smiles" in mirror writing**

15.) The phrase Sistas with Voices (SWV) also applies to Pleiades asterism supposedly in Orion constellation given that <u>Pleiades are the "Seven Sisters"</u> connected to Salem Witches (SW), Salem, Massachusetts, Susan Majek, Soul Mate, The Mona Lisa (ML) and the **Annunaki** as Babylonian Sky Gods accoding to Ancient Aliens show on History Channel.

16.) The four Galilean satellites of Callisto, Io, Europa, and Ganymede are connected to four cenobites from Clive Barker's imagination in which the actresses **Grace Kirby and Barbie Wilde** (BW like Blair Witch and Barbara Weil as artist) played the Female Cenobite that appeared alongside Pinhead Cenobite (Douglas Bradley), Butterball, and Chatterbox whereby the Pinhead Cenobite represents a **Gaussian surface** with a **vector field** of phallic symbols emanating from his face as surface.

17.) The four Galilea satellites of Callisto, Io, Europa, and Ganymede are also connected to four Gospels of **Matthew, Mark, Luke, and John** referred to as Synoptic Gospels excluding John derived from the **Q source (Quelle)**

18.) The four Galilean satellites of Callisto, Io, Europa, and Ganymede are also connected to four quarterbacks of <u>Joe Theisman, Alex Smith, Lamar</u>

**Jackson, and Michael Vick involved in a Jacobian Matrix** in which Warren Moon is the determinant of the Jacobian Matrix because **"Luna is Spanish for Moon"** as in former USA attorney **Jonathan Luna** of Maryland and "Suda is Spanish for Sweat" as in USDA being an anagram of SUDA like SUDAN and Piso is Spanish for Floor as in Mesa is Spanish for table (referring to table of The Last Supper and **Vivian Green (VG) of Sony Music Entertainment representing Valentinian GNosticism (VG)**, Mary Magdalene, and Gnostic Sophia connected Sofia Vergara, Aaron Couch, Erin Burnett of CNN, and Verizon FIOS as internet service provider (ISP).

19.) Please note that the plaintiff's gateway to get into Heaven is the code of **70081140000401934275**.

20.) Accordingly, this is the tracking number provided by Jahliel Phillips of USA Marshals at **333 Constitution Avenue** for service of process on Speaker of the House Mike Johnson at **568 Cannon House Office** Building with

21.) To clarify, there was previous service of process on **950 Pennsylvania Avenue** and Gail Allen signing on behalf of Pam Bondi from **USA Marshal Ryan Owens of 333 Constitution Avenue** as

22.) Pursuant to **Rule 201 of Federal Rules of Evidence (FRE)**, the court in the present case at bar should take judicial notice that both Jahliel Phillips and Ryan Owens of USA Marshals in Washington, DC at E. Barrett Prettyman Courthouse honored the decision of African-American judge in New Orleans (Magistrate Judge Karen Wells Rony)

23.) More specifically, Magistrate Judge Karen Wells Roby granted the plaintiff's motion to proceed in forma pauperis (IFP) pursuant to **28**

U.S.C. Section 1915 and 28 U.S.C. Section 636 from New Orleans at 500 Poydras Street (Hale Boggs federal Building).

24.) FBI agents in particular should observe that judges in other jurisdictions such as **Judge Paula Xinis in Maryland or Judge Max Cogburn in Asheville, North Carolina** have nothing to do with and can not interfere with USA Marshals honoring the decision of the black judge from New Orleans Magistrate Judge Karen Wells Roby.

25.) Furthemore, the judges in Maryland and Washington, DC like Judge Paula Xinis and Judge Amit P. Mehta can not interfere with the decision of federal judge in New Orleans authorizing service of process in both Washington, DC through Ryan Owens and Jahliel Phillips on Gail Allen at 950 Pennsylvania Avenue and Mike Johnson at 568 Cannon House Office Building at **10:44 am**.

26.) Therefore, FBI agents should observe that the plaintiff lives in the world of Judge Karen Wells Roby ruling in his favor from New Orleans and not Judge Paula Xinis ruling against him in Greenbelt, Maryland or Judge Amit P. Mehta dismissing his case in Washington, DC.

27.) Once again, those Maryland and Washington, DC judges can not interfere with the decision of the New Orleans judge ruling in the plaintiff's favor and authorizing USA Marshals in Washington, DC and Austin, Texas (**Chris Bellamy**) to serve process on both Elon Musk and Speaker of the House Mike Johnson as some of that returned service of process has now been entered in PACER as exhibits for example in Harrisonburg, Virginia as **Form USM-285** on display in case against State Attorney of Prince George's County.

28.) In addition, the **Consumer Financial Protection Board (CFPB)** provided the code **250627-21902601** in a complaint about emails from collection agency on behalf of Paypal in which the plaintiff also

complained about Kathryn Feeney and Son of Baconator commercials.

29.) Nevertheless, the plaintiff's case against Prince George's County Police Department in Maryland has case number of 8:25cv2569 and in Western Pennsylvania has case number of 1:25cv249 and in Western District of Virginia has case number of 5:25cv81 like the former wide receiver Art Monk (81) of Washington Redskins.

30.) Moreover, the plaintiff believes that there is a connection between Mila Kunis (MK) and Mortal Kombat (MK) to Maria Cherniavska, Mary Magdalene, Milo's Mother, Maria Mosby, and Elona Shivers (ES) and Elizabeth Seton (ES) and Seton Hall University.

31.) In addition, the plaintiff believes that Maria Cherniavska is also connected to Sombrero Galaxy and mariachi with sombrero (Mariachi sounds like Maria Cherniavska) and Sombrero Galaxy is connected to tattoo of Brown Suga (BS with SG in name) and South of the Border billboards in South Carolina (SOTB) in which South of the Border (SOTB) refers to South Boston, Virginia and North of Massachusetts (NOMA) in Washington, DC in which

32.) As such, it should be noted that **NOMA is anagram of MONA as in Mona Lisa** (Lisa Leahy/Michael Leahy in Hagerstown and Michael Lindsay in San Leandro). I learned of my high liver enzymes from steatosis at NOMA in Washington, DC. You can't argue with numbers such as case numbers, dates, addresses they provide the who, what, where, when, how, and why.

## II.) PARTIES TO THIS LITIGATION

33.) The plaintiff is an indigent, disabled, and unemployed resident of the state of Florida and Maryland (the plaintiff spends half of the year in Florida

and the other half in Maryland traveling with his father who is a widely-recognized musician in several states on the Atlantic coast). His current mailing address is 5108 Cornelias Prospect Drive, Bowie, Maryland 20720. His cell phone number is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com.

34.)  The first defendant is United States Patent and Trademark Office (USPTO). The address and phone number for USPTO is 600 Dulany St., Alexandria, VA, 800-786-9199 usptoinfo@uspto.gov

35.)  The second defendant United States Department of Commerce. The address and phone number for Department of Commerce is 1401 Constitution Ave NW Washington, DC 20230 (202) 482-2000 Directives@doc.gov FACA@doc.gov

36.)  The third defendant is NASA Goddard Space Flight Center (GSFC) in Greenbelt, Maryland9432 Greenbelt Rd, Greenbelt, MD 20771(301) 286-8981GSFC-VisitorCenter@mail.nasa.gov goddard-visitor-center-programs@lists.nasa.gov

37.)  The fourth defendant is Kennedy Space Center in Cape Canaveral, FloridaMail Code DNPS, Kennedy Space Center, FL 32899 Space Commerce Way, Merritt Island, FL 32953 ksc-public-inquiries@mail.nasa.gov 1-855-433-4210 ksc-newsroom@mail.nasa.gov ksc-media-accreditat@mail.nasa.gov

38.)  The fifth defendant is American INstitute of Physics (AIP)1 Physics Ellipse, College Park, MD 207401305 Walt Whitman Rd., Suite 300

Melville, NY 11747-4300555 12th Street NW, Suite 250, Washington DC 20004web_management@aip.org, +1 301-209-3100(800) 892-8259

39.)  The sixth and final defendant is National Science Foundation., 2415 Eisenhower Avenue, Alexandria, VA 22314(703) 292-5111(800) 877-8339

### III.) JURISDICTION AND VENUE

40.)  According to Federal Rules of Civil Procedure 8(a)(1), Plaintiff is

required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"

41.) Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.

42.) Pursuant to 28 U.S.C.A. Section 1332, the U.S. District Court for the District of Eastern Louisiana (as an Article III court) has jurisdiction over this matter because there is complete diversity of jurisdiction between the Plaintiff and the four defendants given that the plaintiff lives in Sarasota, Florida and no longer in Fort Worth, Texas.

43.) As an Article III court, the U.S. District Court for the District of Louisiana also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act of 1990, Equal Protection Clause, Due Process Clause, Fourth Amendment, and Privileges and Immunities Clause.

44.) Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

45.) Venue in this jurisdiction is also proper pursuant to 28 U.S.C.A. Sections 1391 and 1400.

46.) Because the amount in controversy does exceeds $75,000 (i.e. $500,000,000,000 is more than $75.000), this court has jurisdiction on the grounds of diversity and a federal question presented.

## IV.) STATEMENT OF FACTS

47.) The plaintiff has been trying to obtain a design patent or utility patent for the following ideas related to quantum mechanics, special relativity, general relativity, and astrophysics:

A.) Black Holes are connected to White Holes by wormholes o Einstein-Rosen bridges

B.) All four forces (gravity, electromagnetic, strong, and weak) are unified at gravitational singularity of supermassive black hole in region of Sagittarius A* at center of Milky Way Galaxy as barred spiral galaxy in the Local Group (LG) of galaxies with nearby Andromeda (Messier 31), Triangulum Galaxy (Pinwheel), Large Magellanic Cloud (LMC), and Small Magellanic Cloud (SMC) as nearby dwarf galaxies

C.) The combination of black holes, white holes, and wormholes are shaped like a Calabi-Yau manifold which involves an extra six or seven dimensions in addition to Minkowski-Space time (three spatial dimensions and one time dimension)

48.) The plaintiff has presented these ideas to American Institute of Physics (AIP) through email and over the phone

49.) In addition, the plaintiff has presented these ideas to NASA Goddard Space Flight Center (GSFC) of Greenbelt, Maryland to the fax number of (301)286-9319 and to michelle.thaller@nasa.gov

50.) Furthermore, the plaintiff has presented these ideas to National Science Foundation (NSF) which presumably owns and operates the Robert C. Byrd telescope at Green Bank Observatory (GBO) in West Virginia in one of the only radio-quiet zones in North America where only diesel engines are allowed because ignition interferes with radio signals being interpreted from outer space.

51.) The plaintiff argues that it is much more feasible for him to prepare these ideas in a complaint to the federal judiciary rather than going though the "red tape" of patent examiners and perhaps presenting these ideas to Administrative Law Judge (ALJ) involving the executive branch of federal government regulated by Code of Federal Regulations (CFR) and/or Federal Register in addition to United States Code Annotated (USCA) and United States Code Service (USCS) drafted by Congress involving bicameralism and presentment.

52.) The plaintiff learned from Dr. Indre Viskontas of the Teaching Company based in Chantilly, Virginia that all 4 forces (gravity, electromagnetic, strong, and weak) were unified before the Big Bang and that all 4 forces were separated afterThe Big Bang.

53.) In addition, the plaintiff learned from Dr. Richard Wolfson of Middlebury College of Vermont that the cosmic microwave background radiation

(SMBR) was released when the electrons were being captured by the nuclei and then the universe became more transparent to radiation being emitted rather than being opaque.

54.) Accordingly, the cosmic microwave background radiation was discovered by both Arno Penzias (AP) and Robert Wilson (RW) at Bell Laboratories in Homedell, New Jersey who were later awarded the Nobel Prize for their amazing discovery which they originally thought were pigeon dropping as in the Pigeonhole Principle in Number Theory.

55.) The cosmic microwave background radiation was monitored by both Cosmic Background Explorer (COBE) satellite and Wilkinson MIcrowave Anisotropy Probe (WMAP).

56.) The plaintiff's music video for Three-Car Garage features the model Ashton P. (AP) at Roger Williams (RW) park in Rhode Island at Temple of Music which the plaintiff believes is connected to Temple of Artemis and The Hanging Gardens of Babylon (THGOB) as ancient wonders of the world.

https://www.youtube.com/watch?v=As8GMnZ5RTE

https://music.apple.com/us/music-video/three-car-garage/775047944

https://www.youtube.com/watch?v=1o1jeo3S0bc

https://www.youtube.com/watch?v=DadiNFmTxak

https://en.wikipedia.org/wiki/Hanging_Gardens_of_Babylon

https://en.wikipedia.org/wiki/Temple_of_Music

https://en.wikipedia.org/wiki/Laurence_Gardner

https://en.wikipedia.org/wiki/Mausoleum_at_Halicarnassus

https://en.wikipedia.org/wiki/Great_Pyramid_of_Giza

https://www.amazon.com/Bloodlines-Illuminati-1-Fritz-Springmeier/dp/17962715
00/ref=sr_1_1?crid=3FWDUS9763PJQ&dib=eyJ2IjoiMSJ9.vTgQK0tP7OfCtrrGH
6EOfXu-_7dK2G7NH0uxQokRnqytZ6zg00WUOkbOaxHfGhaAXwIOIvwiraregV
NCyztJ-gPXVZgqjrKAEy_dbcSNt7OxgRDGIF2mAaHsyGUVKaDD31MiHxWB

iD0m63Cirt82BPd8xUKm-KEWPuhhkOG5gsmdYv5T7xcxbXkQWanhuBuFKzLy
kvq8uGXpGoCdn9Ieo1dGr-aByXiEsNiJZpgqHVI.l4YRctmLJgBWppw-7xwlGC
MBsvXKUvh48rrqU6Jwaf0&dib_tag=se&keywords=Bloodlines+of+Illuminati&q
id=1743288972&sprefix=bloodlines+of+illuminat%2Caps%2C233&sr=8-1

https://en.wikipedia.org/wiki/The_World_Factbook

https://en.wikipedia.org/wiki/United_States_Government_Publishing_Office

https://en.wikipedia.org/wiki/Skyhorse_Publishing

https://digitalcommons.fiu.edu/classracecorporatepower/vol8/iss1/3/

57.) The plaintiff's membership number with ASCAP is **1696427** and the
plaintiff has been a member of ASCAP since 2005 when he signed an IRS
Form W-9 and chose ASCAP to be his Performing Rights Organization
(PRO) instead of Broadcast Music, Inc. (BMI) or SESAC. These are the
Work ID numbers and ISWC codes for "Satish Dat Beast" on ASCAP

https://www.ascap.com/repertory#/ace/performer/SATISH%20DAT%20BE
AST

58.) However, the plaintiff has never received one royalty check from ASCAP
since 2005 and filed a lawsuit for an accounting of the profits in 2013
against ASCAP, Sound Exchange, and Tunecore in USA District Court of
Rhode Island at One Exchange Terrace presided over by Chief Judge Mary
Lisi and Magistrate Judge LIncoln D. Almond where the clerks of the court
were John Duhamel and Kerrie Johnson.

59.) The UPC barcode for the plaintiff's first album "Unleash the Beast" is
**837101366137** which was manufactured by Disc Makers of Pennsauken,
New Jersey and distributed by CD Baby of Portland, Oregon both of which
have the parent corporation Audio Visual Labs (AVL) represented by the
attorney Joseph Armstrong of Offit Kurman law firm in Philadelphia, PA.

60.) The ASIN number for the plaintiff's album WElcome to Atlantis on Amazon is **B01MFFO0U6** which was distributed by Ditto Music of England

https://dittomusic.com/en

61.) These are the ISRC numbers for "Satish Dat Beast" provided my Sound Exchange of Washington, DC represented by attorney Barry Slotnick of New York in Rhode Island case https://isrc.soundexchange.com/?tab=%22simple%22&artistName=%22Satish+Dat+Beast%22

62.) This website with Library of Congress proves that the plaintiff has music which is copyrighted with Form PA and Form SR

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=1&ti=1,1&Search%5FArg=Satish%20Dat%20Beast&Search%5FCode=FT%2A&CNT=25&PID=ZmkFZh7Cqsf9li05NI5D9TeYPqeIvwB&SEQ=20250330013810&SID=7

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=2&ti=1,2&Search%5FArg=Satish%20Dat%20Beast&Search%5FCode=FT%2A&CNT=25&PID=LPyTM_AEtTbHUPkj2i4M_3yq4NZ16Kh&SEQ=20250330013924&SID=12

63.) In addition, these are popular websites which feature the plaintiff's music

https://music.apple.com/us/artist/satish-dat-beast/199154290

https://www.amazon.com/Very-Best-Satish-Beast-Explicit/dp/B00PJARJ78

https://open.spotify.com/album/6iO4f55AzRLFTQoNUqSfkw

https://www.iheart.com/artist/satish-dat-beast-804654/

https://tidal.com/browse/artist/10951645

https://www.soundclick.com/satishdatbeast

64.) These are the results when somebody does a Google search for the key words "Satish Dat Beast" involving search engine optimization (SEO) about which the plaintiff learned from the late Beryl Wolk of Jenkintown, Pennsylvania and The Goodway Group

https://www.google.com/search?q=Satish+Dat+Beast&sca_esv=ccca17a2e7
8580eb&sxsrf=AHTn8zroGgpRdNFa-VeMCCGl5_ZwIpAQYg%3A174331
2643433&ei=A9foZ_2WGoWNwbkP_7qb4Aw&ved=0ahUKEwi9pODWib
GMAxWFRjABHX_dBswQ4dUDCBA&uact=5&oq=Satish+Dat+Beast&gs
_lp=Egxnd3Mtd2l6LXNlcnAiEFNhdGlzaCBEYXQgQmVhc3QyBBAjGCc
yBBAjGCcyBBAjGCcyBRAAGO8FMggQABiiBBiJBTIFEAAY7wUyCB
AAGIAEGKIEMgUQABjvBUjUFlAAWKIUcAB4AJABAJgB9QGgAe8M
qgEGMTIuMy4xuAEDyAEA-AEBmAIQoAKEDsICCxAAGIAEGJECGIo
FwgIREC4YgAQYkQIY0OMYxwEYigXCAhYQLhiABBixAxjRAxhDGI
MBGMcBGCIoFwgITEC4YgAQYsQMY0QMYxjHARiKBcICChAAGIA
EGEMYYigXCAhEQLhiABBixAxiDARjUAhiKBcICERAuGIAEGLEDGN
EDGIMBGMcBwgILEC4YgAQYkQIYigXCAg0QABiABBixAxhDGIoFw
gIKEC4YgAQYQxiKBcICEBAuGIAEGLEDGEMYgwEYigXCAhEQLhi
ABBiRAhixAxiDARiKBcICBRAAGIAEwgILEC4YgAQYxwEYrwHCAg

oQABiABBgUGIcCwgIFEC4YgATCAgYQABgWGB7CAgsQABiABBiG
AxiKBZgDAJIHBTkuNi4xoAewhgI&sclient=gws-wiz-serp

65.)   In addition, these are the results from the search engine for "satish Dat
        Beast" on YouTube which is a well-known subsidiary of Google and the
        parent corporation Alphabet publicly-traded on New York Stock Exchange
        (NYSE) or NASDAQ as over-the-counter market (OTC) for technology
        stocks

https://www.youtube.com/results?search_query=Satish+Dat+Beast


## V.) COUNT ONE: TORTIOUS INTERFERENCE WITH CONTRACT

66.)   Tortious interference with contract arises when a defendant
        intentionally convinces or causes a third party to breach its contract
        with the plaintiff, which results in damages to the plaintiff. Some
        courts refer to the claim by other names, such as tortious or
        intentional interference with contractual relationship or contract rights.

67.)   The elements of the tort can vary by state but generally include the
        following:

        A.) A valid contract between the plaintiff and a third party exists.

        B.) The defendant has knowledge of that contract.

        C.) The defendant has the requisite intent to induce the third party to
        breach the contract with the plaintiff.

        D.) The defendant lacks justification to induce that breach.

        E.) The breach causes damages to the plaintiff.

68.) Pursuant to **35 U.S.C. Section 101**, the plaintiff is trying to obtain a design patent or utility patent for three ideas in particular related to quantum mechanics, astrophysics, general relativity, and special relativity

69.) Pursuant to the landmark case of ***Diamond v. Chakrabarty***, a Hindu scientist working for General Electric was able to obtain a patent for a microorganism that cleaned up oil spills according to the **Plant Variety Act or Plant Patent Act**.

70.) Accordingly, the legal paperwork required for this process is usually a **Notice of Allowance (NOA), Request for Continued Examination (RCE), and Continued Prosecution Application (CPA)** not to be confused with Certified Public Accountant and American Institute of Certified Public Accountants (AICPA) who observe **generally-accepted accounting principles (GAAP)** promulgated by **Financial Accounting Standards Board (FASB)**.

71.) In addition, the plaintiff is filing a similar case in this jurisdiction against **World Intellectual Property Organization (WIPO) of Geneva, Switzerland** which would focus on an **International Application (IA)** submitted according to **Patent Cooperation Treaty (PCT)**.

72.) As such, the WIPO and USPTO both have jurisdiction and authority to issue a patent nationally in United States according to patent examiners at USPTO and internationally in Geneva, Switzerland according to WIPO and their patent examiners subject to Patent Cooperation Treaty (PCT) involving an International Application (IA) and perhaps **Trade Related Aspects of Intellectual Property (TRIPS)** such as the licensing of generic pharmaceuticals created by **General Agreement on Tariffs and Trade (GATT)** better known as **World Trade Organization (WTO)**.

73.) The important offices under the jurisdiction of USPTO are the **Office of Initial Patent Examination (OIPE)** and **Technology Center (TC)** which supposedly would handle the aforementioned forms of Request for Continued Examination (RCE), Continued Prosecution Application (CPA), and/or the final Notice of Allowance (NOA).

74.) These are the forms which the plaintiff does not know how to fill out with UNited States Patent and Trademark Office (USPTO) under United States Department of Commerce without a patent or intellectual property attorney

https://www.uspto.gov/sites/default/files/documents/sb0030.pdf

https://www.uspto.gov/continued-prosecution-application-cpa-practice

https://www.uspto.gov/web/offices/pac/mpep/s1303.html

## VI.) COUNT TWO: TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS

75.) Tortious interference with business relationship is a similar claim that typically arises when no valid contract exists and a defendant intentionally interferes with the business relationship between a third party and the plaintiff, resulting in damages to the plaintiff. Some courts refer to the claim by other names, such as tortious or intentional interference with prospective or existing business advantage, tortious or intentional interference with prospective or existing economic advantage, and tortious or intentional interference with business expectancy.

76.) The elements of the tort can vary by state but generally include the following:

A.) A business relationship exists between the plaintiff and a third party that affords the plaintiff some legal right.

B.) The defendant has knowledge of that relationship.

C.) The defendant has the requisite intent to interfere with the relationship between the third party and the plaintiff.

D.) The defendant lacks justification to interfere with that relationship.

E.) The breach causes damages to the plaintiff.

## VI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is seeking punitive, compensatory, and treble damages in the approximate amount of $500 billion against the 6 governmental defendants seeking joint and several liability whereby the defendants would presumably seek contribution and indemnity from each other through the filing of cross-claims. The plaintiff is also requesting that the first two defendants United States Patent and Trademark office (USPTO) and United States Department of Commerce award the plaintiff with both a design patent and utility patent for his ideas related to quantum mechanics, astrophysics, general relativity, and special relativity without having to go through the " red tape" of obtaining a patent or intellectual property law attorney to fill out the request for continued examination (RCE), continued prosecution application (CPA), and/or notice of allowance in the Office of Initial Patent Examination (OIPE) and/or Technology Center (TC) presumably in Alexandria, Virginia in the Eastern District of Virginia. In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

A.) This proposed judgment in the amount of $500,000,000,000 would be considered to be punitive, compensatory, and treble damages for both the tortious interference with contracts and tortious interference with business relations according to Restatement (Third) of Torts and perhaps the Restatement (Second) of Contracts despite the Gist of the Action Doctrine separating common law tort

issues from common law contract issues and the sale of goods in excess of $500 regulated by Article 2 of Uniform Commercial Code (UCC)..

B.) The plaintiff is also seeking the equitable remedy of an injunction requiring and/or mandating that the first two defendants in particular provide the plaintiff with a design patent and/or utility patent for his three ideas related to astrophysics according to 35 U.S.C. Section 101 and a broad interpretation of the stare decisis/controlling precedent of ***Diamond v. Chakrabarty***.

C.) Furthermore, the plaintiff is seeking the equitable remedy of an injunction requiring and/or mandating that the defendants NASA Goddard Space Flight Center (GSFC), American Institute of Physics (AIP), Kennedy Space Center in Canaveral, Florida, and National Science Foundation (NSF) recognize the plaintiff's three ideas related to quantum mechanics and astrophysics even though there is no mathematical proof for these ideas according to the laws of calculus, geometry, trigonometry, algebra, arithmetic, statistics, Number Theory, topology, and /or Applied Mathematics.

D.) Pursuant to a broad interpretation of ***Gideon v. Wainwright***, the plaintiff argues that he is entitled to the effective assistance of counsel according to the Sixth Amendment even in business law cases and not just criminal law cases involving felonies and/or misdemeanors. As such, the plaintiff believes that the court should appoint him an intellectual property or patent law attorney to help him with his claims with United States Patent and Trademark Office (USPTO) in the event that

this complaint in the federal judiciary leads to an administrative proceeding before

an Administrative Law Judge (ALJ) and/or an application of the Administrative

Procedures Act (APA).

Respectfully submitted,

Ronald Satish Emrit

6655 38th Lane East

Sarasota, Florida 34243

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com



Satish Emit
5108 Cornelias Prospect Drive
Bowie, Maryland 20720

Attn: Clerk of the Court
U.S. District Court of
Alaska
222 West 7th Avenue
Room # 229 Box/Suite #4
Anchorage, Alaska 99513